No. 86–6964. IN RE CONCOBY. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 26, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of madamus

without reaching the merits of the motion to proceed *in forma pauperis*.